IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| PERRYMAN EXPLORATION PARTNERS, LLC | § § | |
| v. | § | CIVIL ACTION NO. 6:09CV409 |
| J. GREGG PRITCHARD, Plan Trustee for Ecco Drilling Company, Ltd. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the above-styled lawsuit be transferred to the United States Bankruptcy Court, Eastern District of Texas, in accordance with General Order 84-06, and be consolidated with the pending adversary action. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the above-styled lawsuit is **TRANSFERRED** to the United States Bankruptcy Court, Eastern District of Texas, in accordance with General Order 84-06, to be consolidated with the pending adversary action styled *J. Gregg Pritchard, Plan Trustee v. Perryman Exploration*, Adversary No. 09-0601.

**So ORDERED and SIGNED this 7th day of January, 2010.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**